UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC DAVID BOWMAN,<br><br>                Petitioner,<br><br>v.<br><br>MARGARET GILBERT,<br><br>                Respondent. | CASE NO. C16-5798BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 12), and Petitioner Eric David Bowman's objections to the R&R (Dkt. 13).

On January 13, 2017, Judge Christel issued the R&R recommending that the Court dismiss Bowman's petition with prejudice because it is time-barred. Dkt. 12. On January 30, 2017, Bowman filed objections. Dkt. 13.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

In this case, Bowman fails to advance any valid objection.  Even if Bowman's petition states valid constitutional claims, the Court may not review the merits of the petition because it was not timely filed.  Moreover, the Court concludes that jurists of reason would not debate whether the petition was timely filed.  Therefore, the Court having considered the R&R, Bowman's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Bowman's petition is **DISMISSED with prejudice** because it is time-barred;

(3) A Certificate of Appealability is **DENIED**; and

(4) The Clerk shall close this case and enter **JUDGEMENT** for Defendant.

Dated this 3rd day of March, 2017.

BENJAMIN H. SETTLE
United States District Judge